IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**SEP 2 3 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 20-30144-SMY |
| | ) | |
| TIA M. TAYLOR, | ) | Title 18, United States Code, § 1709 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**Theft of Mail by Postal Employee – 18 U.S.C. § 1709**

On or about July 22, 2020, in Madison County in the Southern District of Illinois, the

defendant,

### TIA M. TAYLOR,

a United States Postal Service employee working as a Clerk with the Godfrey Post Office, did

embezzle and steal packages which had come into defendant's possession intended to be conveyed

by mail, namely:

a package from "The INKU" and addressed to T.G. in Godfrey, Illinois;

a package from "The INKU" and also addressed to T.G. in Godfrey, Illinois; a

package from "Hysan LLC" and addressed to A.T. in Godfrey, Illinois; and a

package from "Woot.com" and addressed to M.M. in Godfrey, Illinois;

In violation of Title 18, United States Code, Section 1709.

*Peter Reed*

PETER T. REED
Assistant United States Attorney

*Norman R. Smith*

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:  $ 10,000 unsecured.