IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:20-cr-30144-SMY |
| | ) | |
| TIA M. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The United States of America, by and through Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Peter T. Reed, Assistant United States Attorney, enter into the following Stipulation of Facts with Defendant Tia M. Taylor, and her counsel John D. Stobbs II, pertaining to the conduct of the Defendant charged in the indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3:

1. On or about July 22, 2020, Defendant Taylor stole four packages while working for the United States Postal Service.

2. At the time, Defendant Taylor worked as a Clerk with the Godfrey Post Office.

3. Each of the four packages was placed in the mail so that it would be conveyed by mail to its intended recipient.

4. Specifically, the four packages embezzled by Defendant Taylor were:

   a. A package from "The INKU" and addressed to T.G. in Godfrey, Illinois;

   b. A second package from "The INKU" and addressed to T.G. in Godfrey, Illinois;

   c. A package from "Hysan LLC" and addressed to A.T. in Godfrey, Illinois; and

   d. A package from "Woot.com" and addressed to M.M. in Godfrey, Illinois.

5. The packages did not belong to Defendant Taylor.

6. On or about July 22, 2020, the four packages went missing from the "dispatch cage" at the Godfrey Post Office. Defendant Taylor had taken the four packages to another part of the post office and hidden them between empty tubs.

7. After other employees had left, Defendant Taylor took the four packages from where she had hidden them, placed them in a plastic bag, and left the post office building.

8. She took the packages to her vehicle and placed them in the back seat of the vehicle. Agents then approached Defendant Taylor's vehicle and recovered the stolen packages.

SO STIPULATED:

STEVEN D. WEINHOEFT
United States Attorney

_____
TIA M. TAYLOR
Defendant

_____
*Peter Reed*
PETER T. REED
Assistant United States Attorney

_____
JOHN D. STOBBS, II, Esq.
Attorney for Defendant

Date: 11-9-20

Date: November 9, 2020